**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert P. Carr                      CHAPTER 13
        Jennifer L. Carr

                Debtor(s)                    BKY. NO. 18-11673 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                              Respectfully submitted,

                                          /s/ *Rebecca A. Solarz*
                                          Rebecca Solarz
                                          22 Oct 2020, 11:30:04, EDT

                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322