| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-11673-PMM**

ROBERT P CARR  
JENNIFER L CARR  
1403 BEVERLY HILLS ROAD  
COOPERSBURG  PA    18036

Petition Filed Date: 03/12/2018  
341 Hearing Date: 04/24/2018  
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $300.00 | | 02/24/2020 | $300.00 | | 03/19/2020 | $300.00 | |
| 04/20/2020 | $300.00 | | 05/22/2020 | $300.00 | | 06/22/2020 | $300.00 | |
| 07/20/2020 | $300.00 | | 08/27/2020 | $300.00 | | 09/17/2020 | $400.00 | |
| 09/21/2020 | $300.00 | | 10/22/2020 | $300.00 | | 11/20/2020 | $500.00 | |
| 11/24/2020 | $300.00 | | 12/21/2020 | $300.00 | | 01/22/2021 | $300.00 | |
| 03/04/2021 | $300.00 | | 03/24/2021 | $300.00 | | 04/23/2021 | $300.00 | |
| 06/01/2021 | $300.00 | | | | | | | |

**Total Receipts for the Period: $6,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICREDIT FINANCIAL SERVICES<br>»» 006 | Unsecured Creditors | $1,907.11 | $0.00 | $1,907.11 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $1,513.64 | $0.00 | $1,513.64 |
| 11 | ATLAS ACQUISITIONS LLC<br>»» 011 | Unsecured Creditors | $1,201.74 | $0.00 | $1,201.74 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 005 | Unsecured Creditors | $812.81 | $0.00 | $812.81 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $535.93 | $0.00 | $535.93 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $551.73 | $0.00 | $551.73 |
| 1 | FIRST COMMONWEALTH FCU<br>»» 001 | Secured Creditors | $602.80 | $599.15 | $3.65 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Unsecured Creditors | $7,138.29 | $0.00 | $7,138.29 |
| 12 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $7,272.01 | $7,215.19 | $56.82 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $968.52 | $0.00 | $968.52 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $657.95 | $0.00 | $657.95 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,111.59 | $0.00 | $1,111.59 |
| 4 | ONE MAIN FINANCIAL<br>»» 004 | Unsecured Creditors | $4,921.36 | $0.00 | $4,921.36 |

**Chapter 13 Case No. 18-11673-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | TD AUTO FINANCE LLC<br>»» 003 | Secured Creditors | $736.42 | $730.65 | $5.77 |
| 15 | McCRYSTAL LAW OFFICES<br>»» 015 | Attorney Fees | $2,025.00 | $2,025.00 | $0.00 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $425.00 | $0.00 | $425.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,300.00 | Current Monthly Payment: | $440.00 |
| Paid to Claims: | $10,569.99 | Arrearages: | $1,480.00 |
| Paid to Trustee: | $1,035.00 | Total Plan Base: | $23,460.00 |
| Funds on Hand: | $695.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.