| | | |
|---|---|---|
| IN RE: Robert P. Carr and | : | IN THE UNITED STATES |
|     Jennifer L. Carr | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 18-11673-pmm |
| | : | |

## CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion to Modify Plan Post-Confirmation. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 29, 2021.

    It is hereby respectfully requested that the Order attached to the Motion to Modify Plan Post Confirmation be entered at the earliest convenience.

Dated: September 30, 2021

    Respectfully submitted,

    /S/Michael J. McCrystal

    _____
    Michael J. McCrystal, Esquire
    326 Main Street, STE 1
    Emmaus, PA 18049
    (610) 262-7873
    Attorney for the Debtor