# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Robert P. and Jennifer L. Carr, | : |
| | : Chapter 13 |
| | : |
| | : Case No. 18-11673 (PMM) |
| | : |
| Debtors. | : |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 81, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 88) is **approved**.

*Patricia M. Mayer*

**Date:** 9/30/21

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**