UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

ROBERT P CARR
AND JENNIFER L CARR,

Debtors.

Chapter 13

Bankruptcy No. 18-11673-PMM

\* \* \* \* \* \* \*

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on October 18, 2021. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 9, 2021.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: November 11, 2021

TD AUTO FINANCE LLC

By Its Counsel

/s/ Martin A. Mooney
Martin A. Mooney, Esq. Attorney ID #315063
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
15 Cornell Road
Latham, New York 12110
Tel (518) 786-9069
E-Mail: MMooney@schillerknapp.com