IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Reading)

| | |
|---|---|
| IN RE:<br>ROBERT P CARR<br>JENNIFER L CARR<br>　　Debtors | Case No. 18-11673-pmm |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>ROBERT P CARR<br>JENNIFER L CARR<br>　　Respondents | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 15th day of November, 2021, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge