UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

ROBERT P CARR
AND JENNIFER L CARR,

Debtors.

Chapter 13

Bankruptcy No. 18-11673-PMM

\* \* \* \* \* \* \*

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY
### PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, TD Auto Finance, LLC, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated October 12, 2021, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing, it is hereby

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtors, above-named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, TD Auto Finance, LLC, to recover and liquidate one (1) 2015 GMC Sierra 1500 (V.I.N. 1GTV2UEH9FZ330553); and it is further

ORDERED, that TD Auto Finance, LLC shall provide notice of any surplus to the Trustee promptly after the collateral is disposed of.

Dated: **November 16, 2021**

_Patricia M. Mayer_
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge
Eastern District of Pennsylvania