| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-11673-PMM**

ROBERT P  CARR
JENNIFER L  CARR
1403 BEVERLY HILLS ROAD
COOPERSBURG  PA    18036

Petition Filed Date: 03/12/2018
341 Hearing Date: 04/24/2018
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $300.00 | | 06/01/2021 | $300.00 | | 07/02/2021 | $440.00 | |
| 07/29/2021 | $440.00 | | 09/02/2021 | $640.00 | | 10/19/2021 | $640.00 | |
| 12/20/2021 | $640.00 | | 01/04/2022 | $640.00 | | 01/28/2022 | $640.00 | |
| 03/10/2022 | $640.00 | | 04/21/2022 | $640.00 | | 05/20/2022 | $640.00 | |
| 06/21/2022 | $640.00 | | 07/15/2022 | $640.00 | | | | |

**Total Receipts for the Period: $7,880.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $19,580.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICREDIT FINANCIAL SERVICES<br>»» 006 | Unsecured Creditors | $1,907.11 | $614.61 | $1,292.50 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $1,513.64 | $487.79 | $1,025.85 |
| 11 | ATLAS ACQUISITIONS LLC<br>»» 011 | Unsecured Creditors | $1,201.74 | $387.29 | $814.45 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 005 | Unsecured Creditors | $812.81 | $261.95 | $550.86 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $535.93 | $157.90 | $378.03 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $551.73 | $177.81 | $373.92 |
| 1 | FIRST COMMONWEALTH FCU<br>»» 001 | Secured Creditors | $602.80 | $602.80 | $0.00 |
| 2 | FIRST COMMONWEALTH FCU<br>»» 002 | Unsecured Creditors | $7,138.29 | $2,300.43 | $4,837.86 |
| 12 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $7,272.01 | $7,272.01 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $968.52 | $312.13 | $656.39 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $657.95 | $212.04 | $445.91 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $1,111.59 | $358.24 | $753.35 |
| 4 | ONE MAIN FINANCIAL<br>»» 004 | Unsecured Creditors | $4,921.36 | $1,585.99 | $3,335.37 |
| 3 | TD AUTO FINANCE LLC<br>»» 003 | Secured Creditors | $736.42 | $736.42 | $0.00 |

**Chapter 13 Case No. 18-11673-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | McCRYSTAL LAW OFFICES<br>»» 015 | Attorney Fees | $2,025.00 | $2,025.00 | $0.00 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $425.00 | $0.00 | $425.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,580.00 | Current Monthly Payment: | $640.00 |
| Paid to Claims: | $17,492.41 | Arrearages: | $1,280.00 |
| Paid to Trustee: | $1,647.80 | Total Plan Base: | $25,340.00 |
| Funds on Hand: | $439.79 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.