# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Robert P Carr
Jennifer L Carr

Debtor(s)

Case No. 18-11673
Chapter 13

## PROOF OF SERVICE BY MAIL

I, Michael J. McCrystal, declare that I am a resident of or employed in the County of **Lehigh**, Commonwealth of Pennsylvania. My address is 326 Main Street, STE 1, Emmaus, PA 18049. I am over the age of eighteen years of age and am not a party to this case.

On **February 15, 2023**, I served the Post Confirmation Final Fee Application on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

AFNI, Inc.
1310 MLK Drive
PO Box 3517
Bloomington, IL 61702-3517

Ally Finanical
PO Box 380901
Minneapolis, MN 55438

Asset Recovery Solutions LLC
2200 E. Devon Avenue
Suite 200
Des Plaines, IL 60018-4501

Capital One
Attn: General Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chryslr Fin
Po Box 9223
Farmington Hills, MI 48333

Credit One Bank
Attn: Bankruptcy
Po Box 98873
Las Vegas, NV 89193

ERC
PO Box 57610
Jacksonville, FL 32241

Financial Recoveries
Po Box 1388
Mount Laurel, NJ 08054

First Commonwealth Fcu
257 Brodhead Rd
Bethlehem, PA 18017

First Commonwealth Fcu
257 Brodhead Rd
Bethlehem, PA 18017

First Electronic Bank
Attn: Bankruptcy
2150 S 1300 E Ste 400
Salt Lake City, UT 84070

First Federal Credit Control
24700 Chagrin Blvd
STE 205
Beachwood, OH 44122

First Premier Bank
3820 North Louise Avenue
Sioux Falls, SD 57107

Freedom Mortgage Corp
Attn: Bankruptcy
Po Box 489
Mt Laurel, NJ 08054

LTD Financial Serv. LP
7322 Southwest Freeway
STE 1600
Houston, TX 77074-2053

Mid Atlantic Finance C
4592 Ulmerton Rd Ste 200
Clearwater, FL 33762

OneMain
Attn: Bankruptcy
601 Nw 2nd St
Evansville, IN 47708

Pennsylvania Auto Cred
164 Lincoln Hwy Ste 103
Fairless Hills, PA 19030

Quality Asset Recovery
7 Forester Avenue
Suite 301
Gibbsboro, NJ 08026

Receivable Mgmt. Systems
7206 Hull Street
STE 211
Richmond, VA 23235

The Bureaus Inc
650 Dundee Road
STE 370
Northbrook, IL 60062

Respectfully Submitted,

BY: _____
Michael J. McCrystal