*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert P Carr and Jennifer L
Carr

      Debtor(s)

Case No: 18–11673–pmm

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Debtor Robert
P Carr, Joint Debtor Jennifer L Carr Filed by SCOTT F.
WATERMAN

     on: 4/6/23

     at: 11:00 AM

     in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  3/3/23

Timothy B. McGrath
Clerk of Court