United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11673-pmm |
| Robert P Carr | Chapter 13 |
| Jennifer L Carr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 03, 2023 | Form ID: 167 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P Carr, Jennifer L Carr, 1403 Beverly Hills Road, Coopersburg, PA 18036-1854 |
| cr | + | TD Auto Finance LLC, c/o Schiller, Knapp, Lefkowitz & Hertzel, 950 New Loudon Rd, Latham, NY 12110-2100 |
| 14072185 | + | First Commonwealth Fcu, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14072190 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14569691 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14569880 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14555355 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14072192 | + | Mid Atlantic Finance C, 4592 Ulmerton Rd Ste 200, Clearwater, FL 33762-4107 |
| 14072194 | + | Pennsylvania Auto Cred, 164 Lincoln Hwy Ste 103, Fairless Hills, PA 19030-1000 |
| 14072195 | + | Quality Asset Recovery, 7 Forester Avenue, Suite 301, Gibbsboro, NJ 08026-1191 |
| 14085851 | + | TD Auto Finance LLC, Martin A. Mooney, Esq., 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2023 00:18:00 | Americredit Financial Services, Inc.Dba GM Financi, P.O. Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2023 00:18:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2023 00:32:09 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14072177 | | Email/Text: EBNProcessing@afni.com | Mar 04 2023 00:18:00 | AFNI, Inc., 1310 MLK Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 14090253 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 04 2023 00:18:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14106960 | | Email/Text: bnc@atlasacq.com | Mar 04 2023 00:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14072178 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 04 2023 00:18:00 | Ally Finanical, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14072179 | ^ | MEBN | Mar 04 2023 00:15:42 | Asset Recovery Solutions LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |

Case 18-11673-pmm   Doc 122   Filed 03/05/23   Entered 03/06/23 00:27:44   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 167 | Total Noticed: 42 |

| Recipient ID | Code | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14089318 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2023 00:32:08 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14072181 | | Email/Text: jaxbanko@td.com | Mar 04 2023 00:18:00 | Chryslr Fin, Po Box 9223, Farmington Hills, MI 48333 |
| 14072180 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2023 00:32:18 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14094449 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2023 00:32:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14072182 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 04 2023 00:32:08 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14072183 | + | Email/Text: bknotice@ercbpo.com | Mar 04 2023 00:18:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14072188 | | Email/Text: rj@ffcc.com | Mar 04 2023 00:18:00 | First Federal Credit Control, 24700 Chagrin Blvd, STE 205, Beachwood, OH 44122 |
| 14555088 | ^ | MEBN | Mar 04 2023 00:15:45 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14072184 | ^ | MEBN | Mar 04 2023 00:15:44 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14072187 | + | Email/Text: bankruptcy@firstelectronic.com | Mar 04 2023 00:18:00 | First Electronic Bank, Attn: Bankruptcy, 2150 S 1300 E Ste 400, Salt Lake City, UT 84106-4336 |
| 14072189 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 04 2023 00:32:13 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14569692 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2023 00:18:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14107765 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 04 2023 00:18:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14072191 | + | Email/Text: ebn@ltdfin.com | Mar 04 2023 00:18:00 | LTD Financial Serv. LP, 7322 Southwest Freeway, STE 1600, Houston, TX 77074-2134 |
| 14109368 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2023 00:32:14 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14108185 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2023 00:32:14 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14102821 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2023 00:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14089101 | | Email/PDF: cbp@onemainfinancial.com | Mar 04 2023 00:32:13 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14072193 | + | Email/PDF: cbp@onemainfinancial.com | Mar 04 2023 00:32:19 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 14087317 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 04 2023 00:32:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14098725 | | Email/Text: bnc-quantum@quantum3group.com | Mar 04 2023 00:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14072196 | + | Email/Text: joey@rmscollect.com | Mar 04 2023 00:18:00 | Receivable Mgmt. Systems, 7206 Hull Street, STE 211, Richmond, VA 23235-5826 |
| 14072197 | + | Email/PDF: tbiedi@PRAGroup.com | Mar 04 2023 00:32:09 | The Bureaus Inc, 650 Dundee Road, STE 370, Northbrook, IL 60062-2757 |

Case 18-11673-pmm    Doc 122    Filed 03/05/23    Entered 03/06/23 00:27:44    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2023 | Form ID: 167 | Total Noticed: 42 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14103069 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 14072186 | *+ | First Commonwealth Fcu, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14569881 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14246134 | ##+ | Michael J. McCrystal, Esquire, 151 Main Street, Suite A, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Robert P Carr mccrystallaw@gmail.com  sueparalegal@gmail.com |
| MICHAEL J. MCCRYSTAL | on behalf of Joint Debtor Jennifer L Carr mccrystallaw@gmail.com  sueparalegal@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert P Carr and Jennifer L Carr

    Debtor(s)

Case No: 18−11673−pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Application for Compensation filed by Debtor Robert P Carr, Joint Debtor Jennifer L Carr Filed by SCOTT F. WATERMAN

on: 4/6/23

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  3/3/23

Timothy B. McGrath
Clerk of Court

121 − 120
Form 167