**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| **Robert P. and Jennifer L. Carr,** | : | Chapter 13 |
| | : | |
| | : | |
| Debtors. | : | Bky. No. 18-11673 PMM |

## ORDER DENYING FEE APPLICATION

**AND NOW**, upon consideration of the Application for Compensation (doc. #118, "the Application") filed by Michael J. McCrystal ("the Applicant") and the Objection to the Application (doc. #120) filed by the chapter 13 Trustee;

AND a hearing with regard to the Application having been held on April 6, 2023 and concluded on April 20, 2023;

AND pursuant to the Application, the Applicant requests the allowance of post-confirmation, supplemental compensation in the amount of $850.00;

AND the Applicant having previously been awarded fees in the amount of $3,575.00 (doc. # 38), of which $1,550.00 was received pre-petition;

AND the Debtor's Third Amended Plan (doc. #62) provides for $2,450.00 in counsel fees;

AND, although the Application seeks post-confirmation fees, the Applicant having failed to file a supplemental fee application as required by Local Rule 2016-3(b);

AND for the reasons stated at the hearing;

It is hereby **ORDERED** that:

1. The Application is **denied**; and

2. Additional compensation will not be allowed in this case.

**Date: April 20, 2023**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**