United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-11673-pmm
Robert P Carr  Chapter 13
Jennifer L Carr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Apr 20, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

Recip ID      Recipient Name and Address
db/jdb      + Robert P Carr, Jennifer L Carr, 1403 Beverly Hills Road, Coopersburg, PA 18036-1854

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK
     on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

MARTIN A. MOONEY
     on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com

MICHAEL J. MCCRYSTAL
     on behalf of Debtor Robert P Carr mccrystallaw@gmail.com  sueparalegal@gmail.com

MICHAEL J. MCCRYSTAL
     on behalf of Joint Debtor Jennifer L Carr mccrystallaw@gmail.com  sueparalegal@gmail.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

District/off: 0313-4        User: admin        Page 2 of 2

Date Rcvd: Apr 20, 2023        Form ID: pdf900        Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN [Chapter 13]
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
Robert P. and Jennifer L. Carr,         :        Chapter 13
                                        :
                                        :
              Debtors.                  :        Bky. No. 18-11673 PMM

**ORDER DENYING FEE APPLICATION**

**AND NOW**, upon consideration of the Application for Compensation (doc. #118, "the Application") filed by Michael J. McCrystal ("the Applicant") and the Objection to the Application (doc. #120) filed by the chapter 13 Trustee;

AND a hearing with regard to the Application having been held on April 6, 2023 and concluded on April 20, 2023;

AND pursuant to the Application, the Applicant requests the allowance of post-confirmation, supplemental compensation in the amount of $850.00;

AND the Applicant having previously been awarded fees in the amount of $3,575.00 (doc. # 38), of which $1,550.00 was received pre-petition;

AND the Debtor's Third Amended Plan (doc. #62) provides for $2,450.00 in counsel fees;

AND, although the Application seeks post-confirmation fees, the Applicant having failed to file a supplemental fee application as required by Local Rule 2016-3(b);

AND for the reasons stated at the hearing;

It is hereby **ORDERED** that:

1. The Application is **denied**; and

2. Additional compensation will not be allowed in this case.

*Patricia M. Mayer*

**Date: April 20, 2023**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**