**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   Robert P. Carr and      :   CHAPTER 13
         Jennifer L. Carr         :
                             :

    DEBTOR(S)                :   CASE NO: 18-11673-pmm

**CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATION(S)**

If there are domestic support obligation claims in a case, the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires the Trustee to provide written notice to the holder of the claim, and to the applicable State Child Support Enforcement Agency. In order for the Trustee to comply with the Act, the Debtor/Obligor must complete the following information and verify that the information is true and correct by signing at the bottom of this form.

1. Name of Domestic Support Obligation

    Claim Holder: _____**NONE**_____
                    Last Name        First        Middle Initial

2. Address of Domestic Support Obligation

    Claim Holder: _____
                    Street                     City

                      _____
                    County             State        Zip

3. Telephone Number of Domestic Support Obligation

    Claim Holder: _____
                  (Area Code)   Phone Number

4. If you are paying a Domestic Support Obligation pursuant to a Court Order provide the following:

    NONE_____
    Name of Court

    _____
    Address of Court

    _____
    Docket Number              PACSES#

The undersigned hereby certifies that the foregoing statements are true and correct.

Dated: _____5/22/23_____    By: ___/s/ Robert P. Carr_____
                                                                           Debtor

DATED:        5/22/23        BY:    /s/Jennifer L. Carr
                                                                           Co-Debtor