United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 18-11673-pmm

Robert P Carr                                                                        Chapter 13

Jennifer L Carr

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                           User: admin                                    Page 1 of 3

Date Rcvd: May 24, 2023                        Form ID: 138OBJ                                 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert P Carr, Jennifer L Carr, 1403 Beverly Hills Road, Coopersburg, PA 18036-1854 |
| 14072185 | + | First Commonwealth Fcu, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14072190 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 14569691 | + | Freedom Mortgage Corporation, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14569880 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14555355 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14072192 | + | Mid Atlantic Finance C, 4592 Ulmerton Rd Ste 200, Clearwater, FL 33762-4107 |
| 14072194 | + | Pennsylvania Auto Cred, 164 Lincoln Hwy Ste 103, Fairless Hills, PA 19030-1000 |
| 14072195 | + | Quality Asset Recovery, 7 Forester Avenue, Suite 301, Gibbsboro, NJ 08026-1191 |
| 14085851 | + | TD Auto Finance LLC, Martin A. Mooney, Esq., 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 25 2023 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 25 2023 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14072177 | | Email/Text: EBNProcessing@afni.com | May 25 2023 00:35:00 | AFNI, Inc., 1310 MLK Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 14090253 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 25 2023 00:35:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14106960 | | Email/Text: bnc@atlasacq.com | May 25 2023 00:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14072178 | + | Email/Text: ally@ebn.phinsolutions.com | May 25 2023 00:35:00 | Ally Finanical, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14072179 | ^ | MEBN | May 25 2023 00:32:25 | Asset Recovery Solutions LLC, 2200 E. Devon Avenue, Suite 200, Des Plaines, IL 60018-4501 |
| 14089318 | + | Email/PDF: rmscedi@recoverycorp.com | May 25 2023 00:42:56 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14072181 | | Email/Text: jaxbanko@td.com | | |

District/off: 0313-4     User: admin     Page 2 of 3

Date Rcvd: May 24, 2023     Form ID: 138OBJ     Total Noticed: 40

| Account | Method | Date | Address |
|---|---|---|---|
| | | May 25 2023 00:35:00 | Chryslr Fin, Po Box 9223, Farmington Hills, MI 48333 |
| 14072180 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 00:43:14 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14094449 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 00:54:14 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14072182 | + Email/PDF: creditonebknotifications@resurgent.com | May 25 2023 00:42:26 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14072183 | + Email/Text: bknotice@ercbpo.com | May 25 2023 00:35:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14072188 | Email/Text: rj@ffcc.com | May 25 2023 00:35:00 | First Federal Credit Control, 24700 Chagrin Blvd, STE 205, Beachwood, OH 44122 |
| 14555088 | ^ MEBN | May 25 2023 00:32:32 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14072184 | ^ MEBN | May 25 2023 00:32:32 | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14072187 | + Email/Text: bankruptcy@firstelectronic.com | May 25 2023 00:36:00 | First Electronic Bank, Attn: Bankruptcy, 2150 S 1300 E Ste 400, Salt Lake City, UT 84106-4336 |
| 14072189 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 25 2023 00:42:32 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 14569692 | + Email/Text: Bankruptcy@Freedommortgage.com | May 25 2023 00:35:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14107765 | + Email/Text: Bankruptcy@Freedommortgage.com | May 25 2023 00:35:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14072191 | + Email/Text: ebn@ltdfin.com | May 25 2023 00:35:00 | LTD Financial Serv. LP, 7322 Southwest Freeway, STE 1600, Houston, TX 77074-2134 |
| 14109368 | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 00:43:00 | LVNV Funding LLC C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14108185 | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 00:43:14 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14102821 | + Email/Text: bankruptcydpt@mcmcg.com | May 25 2023 00:35:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14089101 | Email/PDF: cbp@onemainfinancial.com | May 25 2023 00:42:25 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14072193 | + Email/PDF: cbp@onemainfinancial.com | May 25 2023 00:43:05 | OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 14087317 | + Email/PDF: rmscedi@recoverycorp.com | May 25 2023 00:43:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14072195 | ^ MEBN | May 25 2023 00:32:34 | Quality Asset Recovery, 7 Forester Avenue, Suite 301, Gibbsboro, NJ 08026-1191 |
| 14098725 | Email/Text: bnc-quantum@quantum3group.com | May 25 2023 00:35:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14072196 | + Email/Text: joey@rmscollect.com | May 25 2023 00:36:00 | Receivable Mgmt. Systems, 7206 Hull Street, STE 211, Richmond, VA 23235-5826 |
| 14072197 | + Email/PDF: tbiedi@PRAGroup.com | May 25 2023 00:43:45 | The Bureaus Inc, 650 Dundee Road, STE 370, Northbrook, IL 60062-2757 |

TOTAL: 31

District/off: 0313-4                                  User: admin                                  Page 3 of 3
Date Rcvd: May 24, 2023                              Form ID: 138OBJ                              Total Noticed: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14103069 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 14072186 | *+ | First Commonwealth Fcu, 257 Brodhead Rd, Bethlehem, PA 18017-8938 |
| 14569881 | *+ | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14246134 | ##+ | Michael J. McCrystal, Esquire, 151 Main Street, Suite A, Emmaus, PA 18049-4026 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| MARTIN A. MOONEY | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Robert P Carr mccrystallaw@gmail.com  sueparalegal@gmail.com |
| MICHAEL J. MCCRYSTAL | on behalf of Joint Debtor Jennifer L Carr mccrystallaw@gmail.com  sueparalegal@gmail.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Robert P Carr and Jennifer L Carr

        Debtor(s)

        Case No: 18−11673−pmm

        Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/24/23

130 − 127
Form 138OBJ